IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS FOSTER,

    Petitioner,               No. 2:12-cv-1460 WBS CKD P

    vs.

TIM VIRGA,

    Respondent.         <u>ORDER</u>

_____/

        Petitioner has filed a motion asking that he be permitted to exceed 15 pages with respect to his opposition to respondent's pending motion to dismiss. The opposition was filed on November 5, 2012. Petitioner's motion (Dkt. No. 19) is granted. Respondent may file a reply to petitioner's opposition no later than November 23, 2012.

Dated: November 13, 2012

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

1
fost1460.pgs