IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS FOSTER,** | Case No. 2:12-cv-1460 WBS CKD P |
| Petitioner, | **ORDER** |
| v. | |
| **TIM VIRGA,** | |
| Respondent. | |

Respondent has requested a thirty day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent's motion is granted (dkt. No. 26), and Respondent is granted an extension of time to and including February 17, 2013, in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss.

Dated: January 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:12-cv-1460 CKD)